UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIVE STAR GOURMET FOODS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRESH EXPRESS, INC., et al., <br><br> Defendants. | Case No. 19-cv-05611-PJH <br><br> **ORDER GRANTING MOTION TO DISMISS** <br><br> Re: Dkt. No. 72 |

Before the court is defendant Fresh Express, Inc.'s ("Fresh Express" or "defendant") motion to dismiss. The matter is fully briefed and suitable for decision without oral argument. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendant's motion to dismiss.

On January 31, 2020, the court granted in part and denied in part defendant's motion to dismiss plaintiffs Five Star Gourmet Foods, Inc. ("Five Star") and Direct Pack, Inc.'s ("Direct Pack" and together with Five Star, "plaintiffs") First Amended Complaint. Dkt. 59. As relevant here, the court dismissed with prejudice plaintiffs' ninth claim for breach of contract as alleged against Fresh Express. Id. at 24. The court dismissed without prejudice plaintiffs' tenth claim for intentional interference with contract as alleged against Fresh Express and expressed skepticism concerning plaintiffs' basis for bringing the claim. Id. at 27–28. The court ordered plaintiffs to file any amended complaint within twenty-one days.

On February 21, 2020, plaintiffs filed a Second Amended Complaint and re-

alleged the ninth claim against Fresh Express. They also re-alleged the tenth claim without alleging any additional factual allegations. Defendant has moved to dismiss the ninth and tenth causes of action with prejudice. Dkt. 72. Plaintiffs have filed a statement of non-opposition stating that they do not oppose defendant's requested relief. Dkt. 79.

For the foregoing reasons, the court GRANTS defendant's motion and DISMISSES WITH PREJUDICE plaintiffs' ninth and tenth causes of action as alleged against defendant Fresh Express. Plaintiffs shall file any amended complaint within 21 days of the date of this order. No new parties or causes of action may be pleaded without leave of court or the agreement of all defendants.

**IT IS SO ORDERED.**

Dated: March 27, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge