UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIVE STAR GOURMET FOODS, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRESH EXPRESS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05611-PJH<br><br>**ORDER RE: REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 101 |

The court is in receipt of defendants' request for clarification. Dkt. 101. Although a further case management conference has been set, no changes in the pretrial schedule were intended or made.

**IT IS SO ORDERED.**

Dated: January 15, 2021

　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge